John TOWERS,[1] Petitioner
Below, Appellant,

1. The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).

1. The Court has assigned pseudonyms to the parties. Del. Supr. Ct. R. 7(d).

2. Id.

1. By Order dated May 23, 2017, the Court, acting sua sponte, assigned pseudonyms to the parties. Del. Supr. Ct. R. 7(d).

v.

Janet FOWLER, Respondent
Below, Appellee.

No. 212, 2017

Supreme Court of Delaware.

Submitted: June 7, 2017
Decided: June 14, 2017

Court Below—Family Court of the State of Delaware, File No. CN14-04728, Petition No. 16-32959

DISMISSED.